UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF EVERGLADES AIRBOAT
MANAGEMENT, LLC, AS OWNER OF
A 21-FOOT 2006 ALUMITECH VESSEL,          Case No: 2:14-cv-210-FtM-29CM
BEARING HULL IDENTIFICATION
NO. AON01445A606, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY
_____

**ORDER APPROVING PETITIONER'S LETTER OF UNDERTAKING
AND DIRECTING ISSUANCE OF MONITION AND INJUNCTION**

This case came before the Court upon Petitioner's Petition for Exoneration from

or Limitation of Liability ("Petition") (Doc. 1), filed on April 14, 2014, and Petitioner's

Motion for Approval of Letter of Undertaking and Issuance of Monition and

Injunction (Doc. 4), filed on April 17, 2014.   Petitioner filed its Petition regarding a

21-foot 2006 Alumitech Vessel, bearing Hull Identification No. AON01445A606 (the

"Vessel"), pursuant to 46 U.S.C. § 30505, *et seq.* and Supplemental Rule F, for

damages or injuries caused by or resulting from an incident occurring on or about

February 28, 2013, on the navigable waters of the United States near Everglades

City, Florida.

The Petition states the value of Petitioner's interest in the Vessel does not exceed

$10,000.00 and there is no pending freight.   Petitioner has deposited with the Court

a Letter of Undertaking by Markel American Insurance Company, as surety, as

security for the benefit of claimants in the amount of $10,000.00, with interest at 6

percent per annum from February 28, 2013, and costs, as required by the rules of this

Court and by law (Doc. 3-1).

ACCORDINGLY, it is hereby

**ORDERED**:

1.      Petitioner's Motion to Approve Letter of Undertaking and Enter Monition and Injunction (Doc. 4) is **GRANTED**.

2.      The Letter of Undertaking (Doc. 3-1) deposited by Petitioner with the Court for the benefit of claimants, in the sum of $10,000.00, with interest and costs, as security ("Security") for the amount or value of Petitioner's interest in the Vessel is hereby **APPROVED**.

3.      This Court, upon motion, shall cause due appraisement of such value and may thereupon order the Security increased or reduced to carry out the provisions of 46 U.S.C. § 30501 *et seq.* for personal injuries, property damage, or any other claims resulting from the incident that occurred on February 28, 2013, referred to in the Petition.

4.      A notice shall be issued by the Clerk of the Court to all persons asserting claims with respect to which the Petition seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court in writing, and to serve on the attorneys for the Petitioner a copy thereof on or before **June 27, 2014,** (not less than 30 days after notice), or be defaulted, and if any claimant desires to contest either the Petitioner's right to exoneration from or the right to limitation of liability, any such claimant(s) shall file and serve on Petitioner's

attorney an answer to the Petition, on or before said date, unless his claim has included an answer to the Petition, so designated, or be defaulted.

5.      Publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in a newspaper of general circulation in Lee County once a week for four (4) successive weeks prior to the date fixed for the filing of claims, and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

6.      The commencement or further prosecution of any and all actions or proceedings against Petitioner, the Vessel, or other property of Petitioner with respect to any claims for which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of, or incident to, or connected with any loss, damage, injury, or destruction, more fully described in the Petition, be and they are hereby **RESTRAINED, STAYED AND ENJOINED** until the hearing and determination of this action.

7.      Service of this Order as a restraining order may be made through the Post Office by mailing a confirmed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of May, 2014.


CAROL MIRANDO
United States Magistrate Judge


Copies:

Counsel of record