UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN THE MATTER OF THE
COMPLAINT OF EVERGLADES
AIRBOAT MANAGEMENT, LLC, AS
OWNER OF A 21-FOOT 2006
ALUMITECH VESSEL, BEARING
HULL IDENTIFICATION NO.
AON01445A606, FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY

Case No:   2:14-cv-210-FtM-29CM

## ORDER

Before the Court is Petitioner Everglades Airboat Management, LLC's ("Petitioner") Motion for the Entry of Default Judgment (Doc. 13), filed on June 30, 2014.  Petitioner seeks default judgment, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, against all persons who have not filed claims in this action prior to June 27, 2014.  At the outset, the Court notes that, pursuant to Rule 55, Federal Rules of Civil Procedure, a plaintiff must obtain a Clerk's default pursuant to Rule 55(a) before the Court may grant relief under Rule 55(b).  Accordingly, because Petitioner has neither sought nor obtained a Clerk's default in this case, the Court will construe the motion as a motion for Clerk's default under Rule 55(a).

This is a maritime action for exoneration from or limitation of liability pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F, Supplemental Rules for Admiralty or Maritime Claims.  Petitioner filed its Petition regarding a 21-foot 2006 Alumitech Vessel, bearing Hull Identification No. AON01445A606 (the "Vessel"), for damages or

injuries caused by or resulting from an incident occurring on or about February 28, 2013, on the navigable waters of the United States near Everglades City, Florida.

The Petition alleges that on or about February 28, 2013, a U.S. Coast Guard-licensed captain employed by Petitioner was operating the Vessel and conducting airboat tours of the waters near Everglades City, Florida and that while navigating through mangroves the Vessel allided with an overhanging tree trunk.  Doc. 1 at 3.  The Petition further states that on February 26, 2014, Petitioner received written notice from a passenger aboard the Vessel during the events described in the Petition who may have sustained bodily injury and may assert a claim against Petitioner.  *Id.*  On May 13, 2014, the Court approved Petitioner's Letter of Undertaking and issued a Monition and Injunction ordering potential claimants to appear and file their claims with the Clerk of Court on or before June 27, 2014.  Docs. 5, 6; Doc. 6 at 2.

Rule 55(a) provides that, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 55(a).  In accordance with Supplemental Rule F(4) and Local Admiralty Rule 7.06(a), Petitioner filed a Notice of Filing Proof of Publication of Notice to Claimants (Doc. 12) indicating that a notice to potential claimants was published in The News-Press, a daily newspaper published in Fort Myers, Lee County, Florida, on May 22, 29, June 5 and 12, 2014.  *See* Doc. 12-1; Doc. 12 at 2.  The monition period ended on June 27, 2014, and no claims have been filed in this action.[1]

---

[1] Petitioner represents that all claims between it and the only known potential claimant, Helga Blake, have been settled and therefore she has not filed a claim in this action.

Because Petitioner has complied with the applicable provisions of Supplemental Rule F and the Local Admiralty Rules and no claims have been filed in this action, Petitioner's Motion for the Entry of Default Judgment (Doc. 13), construed as a motion for Clerk's default pursuant to Rule 55(a), Federal Rules of Civil Procedure, is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED**:

1. Petitioner Everglades Airboat Management, LLC's Motion for the Entry of Default Judgment (Doc. 13), construed as a motion for Clerk's default pursuant to Rule 55(a), is **GRANTED**.

2. The Clerk is directed to enter default against all non-appearing potential claimants.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of August, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

Doc. 13 at 2.